# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TIMOTHY C. BUCHANAN,<br><br>    Defendant. | NO.  CR-06-108-RHW<br><br>**ORDER OF DISMISSAL** |

A sentencing hearing was held in *United States of America  v. Timothy C. Buchanan*, Case Number CR-06-085-RHW, on February 21, 2007.  At the hearing, the Government moved the Court to dismiss the charges in the above-captioned matter pursuant to the parties' plea agreement.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Indictment in the above-captioned matter is **DISMISSED**, **with prejudice**.  The Court makes no judgment as to the merit or wisdom of this dismissal.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward copies to counsel, U.S. Marshal, and U.S. Probation, and close the file.

**DATED** this 2nd   day of April, 2007.

   s/Robert H. Whaley
ROBERT H. WHALEY
Chief United States District Judge

Q:\CRIMINAL\2006\Buchanan\grant.dismiss.wpd

**ORDER OF DISMISSAL** * 1